**2014–1858. State v. Moorer.**
Cuyahoga App. No. 101214, 2014-Ohio-4581. On motion for stay of court of appeals' judgment. Motion denied.

**2014–1875. State v. Kerby.**
Clark App. No. 2013 CA 31, 2014-Ohio-3358. On motion for delayed appeal. Motion denied.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–1889. State v. Vasquez.**
Franklin App. No. 13AP–366, 2014-Ohio-224. On motion for delayed appeal. Motion granted.
O'DONNELL, LANZINGER, and KENNEDY, JJ., dissent.

**2014–1890. State v. Bohanan.**
Franklin App. Nos. 13AP–472 and 13AP–474. On motion for delayed appeal. Motion denied.

**2014–1906. Fahey Banking Co. v. Squire.**
Mahoning App. No. 14 MA 123. On emergency motion of Inner City Transit, L.L.C., to stay. Motion denied. On motion to strike memo of The Fahey Banking Company opposing emergency motion for stay. Motion denied.

**2014–1907. State v. Fortson.**
Cuyahoga App. No. 100707, 2014-Ohio-3720. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–1911. State v. Ringer.**
Hamilton App. No. C–130656, 2013-Ohio-2442. On motion for delayed appeal. Motion denied.
LANZINGER and O'NEILL, JJ., dissent.

**2014–1942. State v. Burnett.**
Clark App. No. 2013–CA–98, 2014-Ohio-4246. On review of order certifying a conflict. The court determines that a conflict exists. Cause held for the decision in 2014-0563, *State v. South*, 9th Dist. Summit No. 26967, 2014-Ohio-374, and briefing schedule stayed.
PFEIFER, J., dissents.

**2014–1967. State v. Ramey.**
Auglaize App. No. 2–11–11, 2012-Ohio-133. On motion for delayed appeal. Motion denied.

**2014–1982. State v. Dehner.**
Clermont App. No. CA2012–12–090, 2013-Ohio-3576. On motion for delayed appeal. Motion denied.

**2013–1088. Lincoln Elec. Co. v. Travelers Cas. & Sur. Co.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:11–CV–2253. This cause is pending before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Eastern Division.

Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.